**Exhibit B**

# FOREVER SOARING AND ELEVATING MINISTRY WHERE GOD SPEAKS

Affidavit of
Religious Exemption
From
Vaccination and Immunization

| | |
|---|---|
| Illinois State | ) |
| | ) s/s |
| Cook County | ) |

I, Muriel Nelson Godfrey, Minister of FOREVER SOARING AND ELEVATING MINISTRY WHERE GOD SPEAKS, enacting by Divine Right bestowed by THE ALL in All do hereby attest to, notice and acknowledge, that I, Muriel Nelson Godfrey, an ordained Minister of this Religious Organization deems that I am Exempt from State or Federal vaccination and immunization requirements on Religious and philosophical grounds of FOREVER SOARING AND ELEVATING MINISTRY WHERE GOD SPEAKS.

This is pursuant to and in alignment with the 1st Amendment of the Constitution of the United States of America. Which states: 'Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof'. It is elementary that a Right secured or protected by that document cannot be impaired or overthrown by any Federal or State Authority.

Any attempt to do so will be a violation of our Religious Rights and will cause each violator to be required to pay $10,000.00 for any and each offence, each time a violation occurs.

_____     8/25/2021
Muriel Nelson Godfrey, Minister                              Date
FOREVER SOARING AND ELEVATING MINISTRY WHERE GOD SPEAKS

## Jurat

On 25TH of August 2021 before me, came Muriel Nelson Godfrey, Minister, and personally appeared before me, and proved to me on a basis of satisfactory evidence to be the individual who's name and title is subscribed within this instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on this instrument, she executed this instrument.

Witnesses by my hand and official seal.

Signature: _____     SEAL:



SHAMEEKA PARTLOW
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 13, 2023