

Office of the Secretary of State

ilsos.gov

Exhibit C

# Business Entity Search

## Entity Information

| | | | |
|---|---|---|---|
| **Entity Name** | FOREVER SOARING AND ELEVATING MARKETING LLC | | |
| **Principal Address** | 29 PULASKI RD<br>CALUMET CITY,IL 604090000 | | |
| **File Number** | 08600287 | **Status** | INVOLUNTARY DISSOLUTION on 10-08-2021 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **Org. Date/Admission Date** | 04-05-2020 | **Jurisdiction** | IL |
| **Duration** | PERPETUAL | | |
| **Annual Report Filing Date** | 00-00-0000 | **Annual Report Year** | 2021 |
| **Agent Information** | MURIEL NELSON<br>29 PULASKI RD<br>CALUMET CITY, IL 60409-4226 | **Agent Change Date** | 04-05-2020 |

| | | | |
|---|---|---|---|
| Entity Name | FOREVER SOARING AND ELEVATING MARKETING LLC | | |
| Principal Address | 29 PULASKI RD  CALUMET CITY,IL 604090000 | | |
| File Number | 08600287 | Status | INVOLUNTARY DISSOLUTION on 10-08-2021 |
| Entity Type | LLC | Type of LLC | Domestic |
| Org. Date/Admission Date | 04-05-2020 | Jurisdiction | IL |
| Duration | PERPETUAL | | |
| Annual Report Filing Date | 00-00-0000 | Annual Report Year | 2021 |
| Agent Information | MURIEL NELSON  29 PULASKI RD  CALUMET CITY, IL 60409-4226 | Agent Change Date | 04-05-2020 |

## Services and More Information

Choose a tab below to view services available to this business and more information about this business.

Reinstate your LLC

| Form **LLC-5.5** | **Illinois**<br>**Limited Liability Company Act**<br>**Articles of Organization** | FILE # **08600287** |
|---|---|---|
| **Secretary of State Jesse White**<br>Department of Business Services<br>Limited Liability Division<br>www.cyberdriveillinois.com | Filing Fee: $150<br><br>Approved By: **TLB** | FILED<br>**APR 05 2020**<br>**Jesse White**<br>**Secretary of State** |

1. Limited Liability Company Name: FOREVER SOARING AND ELEVATING MARKETING LLC

2. Address of Principal Place of Business where records of the company will be kept:
   29 PULASKI RD
   CALUMET CITY, IL 60409

3. The Limited Liability Company has one or more members on the filing date.

4. Registered Agent's Name and Registered Office Address:
   MURIEL NELSON
   29 PULASKI RD
   CALUMET CITY, IL 60409-4226

5. Purpose for which the Limited Liability Company is organized:
   "The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act."

6. The LLC is to have perpetual existence.

7. Name and business addresses of all the managers and any member having the authority of manager:
   WESLEY, KYRA E
   29 PULASKI RD
   CALUMET CITY, IL 60409

8. **Name and Address of Organizer**
   I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge and belief, true, correct and complete.

   Dated: APRIL 05, 2020        MURIEL NELSON
                                29 PULASKI RD
                                CALUMET CITY, IL 60409

   This document was generated electronically at www.cyberdriveillinois.com



# Business Entity Search

○ Business Name  ○ Registered Agent  ○ President  ○ Secretary  ○ Manager
○ Keyword  ○ Partial Word  ○ File Number

**Start a New Search** required

[ forever soaring ]

**Filter by Entity**

[ All ▼ ]

On a mobile device, swipe left or right to view the full data

Show [ 100 ▼ ] entries

Search: [         ]

| File Number ↑ | Entity Type ↓ | Entity Name ↓ | Entity Sta |
|---|---|---|---|
| 08600287 | LLC (MST) | FOREVER SOARING AND ELEVATING MARKETING LLC | INVOLUNT DISSOLUT |
| 08910618 | LLC (MST) | FOREVER SOARING AND ELEVATING LLC | ACTIVE |

Showing 1 to 2 of 2 entries

[ Previous ] [ 1 ] [ Next ]



# Business Entity Search

○ Business Name  ○ Registered Agent  ○ President  ○ Secretary  ○ Manager
○ Keyword  ○ Partial Word  ○ File Number

**Start a New Search** required

**Filter by Entity**

All

On a mobile device, swipe left or right to view the full data

Show 100 entries

Search:

| File Number ↑ | Entity Type ↓ | Entity Name ↓ | Entity Sta |
|---|---|---|---|
| 08600287 | LLC (MST) | FOREVER SOARING AND ELEVATING MARKETING LLC | INVOLUNTARY DISSOLUT |
| 08910618 | LLC (MST) | FOREVER SOARING AND ELEVATING LLC | ACTIVE |

Showing 1 to 2 of 2 entries

| Previous | 1 | Next |

|  |  |  |
|---|---|---|
| Form **LLC-5.5** | **Illinois**<br>**Limited Liability Company Act**<br>**Articles of Organization** | FILE # **08910618** |
| **Secretary of State Jesse White**<br>Department of Business Services<br>Limited Liability Division<br>www.cyberdriveillinois.com | Filing Fee: $150<br><br>Approved By: **MME** | **FILED**<br>**JUL 08 2020**<br>**Jesse White**<br>**Secretary of State** |

1. Limited Liability Company Name: FOREVER SOARING AND ELEVATING LLC

2. Address of Principal Place of Business where records of the company will be kept:
   29 PULASKI RD
   CALUMET CITY, IL 60409

3. The Limited Liability Company has one or more members on the filing date.

4. Registered Agent's Name and Registered Office Address:

   MURIEL NELSON
   29 PULASKI RD
   CALUMET CITY, IL 60409-4226

5. Purpose for which the Limited Liability Company is organized:
   "The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act."

6. The LLC is to have perpetual existence.

7. Name and business addresses of all the managers and any member having the authority of manager:

   NELSON,MURIEL ED
   29 PULASKI RD
   CALUMET CITY, IL 60409

   WESLEY,KYRA
   29 PULASKI RD
   CALUMET CITY, IL 60409

   WESLEY III,KENNIS
   29 PULASKI RD
   CALUMET CITY, IL 60409

   GODFREY,KENDELL
   296 CORNELL AVE
   CALUMET CITY, IL 60409

   WESLEY,KENNESE
   29 PULASKI RD
   CALUMET CITY, IL 60409

   WESLEY,KENNETH
   29 PULASKI RD
   CALUMET CITY, IL 60409

   GODFREY,KAMEELAH
   CALUMET CITY
   CALUMET CITY, IL 60409

8. **Name and Address of Organizer**
   I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge and belief, true, correct and complete.

   Dated: JULY 08, 2020          MURIEL NELSON
                                 29 PULASKI RD
                                 CALUMET CITY, IL 60409

This document was generated electronically at www.cyberdriveillinois.com

| Form **LLC-50.1** | Illinois<br>Limited Liability Company Act<br>Annual Report | | FILE # | 08910618 |
|---|---|---|---|---|
| | | | Due prior to: | 07/01/2021 |
| **Secretary of State**<br>Department of Business Services<br>Limited Liability Division<br>501 S. Second St., Rm. 351<br>Springfield, IL 62756<br>217-524-8008<br>www.cyberdriveillinois.com | Filing Fee:<br>Series Fee, if required:<br>Penalty:<br>Total: | 75.00<br><br>0.00<br>75.00 | **Filed Electronically**<br><br>**July 21, 2021**<br><br>**Jesse White**<br>**Secretary of State** | |

1. Limited Liability Company Name: FOREVER SOARING AND ELEVATING LLC

   Registered Agent: MURIEL NELSON
   
   29 PULASKI RD
   
   CALUMET CITY, IL 60409-4226

2. State or Country of Organization: IL     Date Organized in or Admitted to Illinois: 07/08/2020

3. Address of Principal Place of Business:

   4137 SAUK TRAIL SUITE165      RICHTON PARK, IL 60471

4. Name and business address of all managers and any member having the authority of manager:

   NELSON,MURIEL ED
   29 PULASKI RD      CALUMET CITY, IL 60409
   WESLEY,KYRA
   29 PULASKI RD      CALUMET CITY, IL 60409
   GODFREY,KENDELL
   296 CORNELL AVE      CALUMET CITY, IL 60409
   GODFREY,MURIEL
   29 PULASKI RD      CALUMET CITY, IL 60409
   WESLEY III,KENNIS
   29 PULASKI RD      CALUMET CITY, IL 60409
   DEBERRY,MARILYN
   296 CORNELL AVENUE      CALUMET CITY, IL 60409

5. Entity managers affirm their current existence.

6. Changes to the registered agent and/or registered office must be submitted on Form LLC-1.36/1.37.

7. I affirm, under penalties of perjury, having authority to sign thereto, that this Annual Report is to the best of my knowledge and belief, true, correct and complete.

   Dated: July 21 , 2021
   Month/Day     Year

   NELSON,MURIEL ED
   Name

   MANAGER
   Title

   _____
   If applicant is a company or other entity, state Name of Company

This document was generated electronically at www.cyberdriveillinois.com. Based on version LLC 23.11

| Form **LLC-50.1** | Illinois Limited Liability Company Act | FILE # | 08910618 |
|---|---|---|---|
| | Annual Report | Due prior to: | 07/01/2023 |
| **Secretary of State** Department of Business Services Limited Liability Division 501 S. Second St., Rm. 351 Springfield, IL 62756 217-524-8008 www.ilsos.gov | Filing Fee: 75.00 Series Fee, if required: Penalty: 0.00 Total: 75.00 | **FILED** August 25, 2023 **Alexi Giannoulias Secretary of State** | |

1. Limited Liability Company Name: FOREVER SOARING AND ELEVATING LLC

   Registered Agent: MURIEL NELSON
   
   29 PULASKI RD
   
   CALUMET CITY, IL  60409-4226

2. State or Country of Organization: IL    Date Organized in or Admitted to Illinois: 07/08/2020

3. Address of Principal Place of Business:
   
   1552 SOUTH ROUTE 59 #1176     NAPERVILLE, IL  60564

4. Name and business address of all managers and any member having the authority of manager:

   GODFREY,MURIEL
   1552 SOUTH ROUTE 59 1176     NAPERVILLE, IL  60564
   GODFREY,KENDELL
   1552 SOUTH ROUTE 59 1176     NAPERVILLE, IL  60564
   DEBERRY,MARILYN
   1552 SOUTH ROUTE 59 1176     NAPERVILLE, IL  60564
   WESLEY,KYRA
   1552 SOUTH ROUTE 59 1176     NAPERVILLE, IL  60564
   WESLEY III, KENNIS
   1552 SOUTH ROUTE 59 1176     NAPERVILLE, IL  60564

5. Entity managers affirm their current existence.

6. Changes to the registered agent and/or registered office must be submitted on Form LLC-1.36/1.37.

7. I affirm, under penalties of perjury, having authority to sign thereto, that this Annual Report is to the best of my knowledge and belief, true, correct and complete.

   Dated: August 25, 2023
   Month/Day, Year

   GODFREY,MURIEL
   Name

   MANAGER
   Title

   _____
   If applicant is a company or other entity, state Name of Company

   This document was generated electronically at www.ilsos.gov. Based on version LLC 23.11

| Form **LLC-50.1** | Illinois<br>Limited Liability Company Act<br>Annual Report | | FILE # | 08910618 |
|---|---|---|---|---|
| **Secretary of State**<br>Department of Business Services<br>Limited Liability Division<br>501 S. Second St., Rm. 351<br>Springfield, IL 62756<br>217-524-8008<br>www.ilsos.gov | | Filing Fee:  75.00<br>Series Fee, if required:<br>Penalty: 100.00<br>Total: 175.00 | Due prior to: 07/01/2022<br>**Filed Electronically**<br>October 19, 2022<br>**Jesse White**<br>**Secretary of State** | |

1. Limited Liability Company Name: FOREVER SOARING AND ELEVATING LLC

   Registered Agent: MURIEL NELSON
   
   29 PULASKI RD
   
   CALUMET CITY, IL  60409-4226

2. State or Country of Organization: IL       Date Organized in or Admitted to Illinois: 07/08/2020

3. Address of Principal Place of Business:
   
   1552 SOUTH ROUTE 59 #1176        NAPERVILLE, IL  60564

4. Name and business address of all managers and any member having the authority of manager:

   GODFREY,MURIEL
   1552 SOUTH ROUTE 59 1176        NAPERVILLE, IL  60564
   GODFREY,KENDELL
   1552 SOUTH ROUTE 59 1176        NAPERVILLE, IL  60564
   DEBERRY,MARILYN
   1552 SOUTH ROUTE 59 1176        NAPERVILLE, IL  60564
   WESLEY,KYRA
   1552 SOUTH ROUTE 59 1176        NAPERVILLE, IL  60564
   WESLEY III, KENNIS
   1552 SOUTH ROUTE 59 1176        NAPERVILLE, IL  60564

5. Entity managers affirm their current existence.

6. Changes to the registered agent and/or registered office must be submitted on Form LLC-1.36/1.37.

7. I affirm, under penalties of perjury, having authority to sign thereto, that this Annual Report is to the best of my knowledge and belief, true, correct and complete.

   Dated: October 19 , 2022
          Month/Day      Year

GODFREY,MURIEL
                Name

MANAGER
                Title

_____
If applicant is a company or other entity, state Name of Company

This document was generated electronically at www.ilsos.gov. Based on version LLC 23.11